# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Construction Industry Retirement Fund of Rockford, Illinois, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 50406 |
| v. | ) ) | Judge Margaret J. Schneider |
| Modern Builders Contractors, Inc., | ) ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

     A hearing was held on May 2, 2024, on Plaintiffs' motion for a default judgment [9]. The motion and notice of hearing were served on the Defendant's registered agent on April 4, 2024, and April 12, 2024, by certified mail/return receipt requested [11], [12]. Defendant failed to appear at the hearing. The motion seeks judgment in the amount of $5,450.54 in unpaid contributions, liquidated damages, and audit fee, plus $2,506.90 for attorneys' fees and costs, for a total judgment of $7,957.44. The motion includes an affidavit of a fund administrator and copies of audit reports that calculate the unpaid contributions, liquidated damages, and interest sought [9-3]. The filings also include timesheets and affidavits from counsel in support of the fees and costs sought [9-4]. According to attorney Troy E. Haggestad's affidavit, he spent 5.1 hours in investigation, preparation, and court appearances, at an approximate hourly rate of $240.00, and 2.7 hours in investigation, preparation, and court appearances at an hourly rate of $297.00 for a total of $2025.90, plus $481.00 incurred in costs. The Court has reviewed counsel's affidavit and timesheets regarding billing records and determines that the hours spent were reasonable, as are counsel's billing rates and costs. Accordingly, it is this Court's Report and Recommendation that the District Court grant the Plaintiffs' motion for a default judgment [9] and enter judgment in the amount of $7,957.44 in favor of the Plaintiffs. Any objection is due by May 31, 2024. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: May 16, 2024                                                             ENTER:

                                                                                _____
                                                                                United States Magistrate Judge