### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| Construction Industry Retirement fund of Rockford, Illinois, et al. | )<br>)<br>) |
| Plaintiffs, | ) |
| | ) Case No. 23 CV 50406 |
| v. | ) |
| | ) Hon. Iain D. Johnston |
| | ) |
| Modern Builders Contractors, Inc. | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On 5/16/2024 Judge Schneider entered a Report and Recommendation [15] that the plaintiff's motion for a default judgment [9] be granted. Defendant Modern Builders Contractors, Inc. had 14 days to object, but to date has not done so. According to the Report and Recommendation, the defendant was served through its registered agent on 11/22/2023, never appeared or answered, an order of default was entered on 2/29/2024, the plaintiff served it with notice of its motion for a default judgment and hearing set for 5/2/2024, but the defendant did not appear at the hearing. Based on the defendant's failure to appear after being served, and in the absence of any objection, the Court accepts Judge Schneider's Report and Recommendation [15], grants the motion for a default judgment [9], and enters judgment in the amount of $7,957.44 in favor of the plaintiffs consistent with the calculation of damages and fees in the Report and Recommendation. Civil case terminated.

Date: June 5, 2024

_____
Iain D. Johnston
United States District Judge